NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**J. CARL COOPER,**
*Appellant*

**v.**

**SQUARE, INC.,**
*Appellee*

---

2015-1925, 2015-1942, 2015-1943

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2014-00156, IPR2014-00157, IPR2014-00158.

---

## JUDGMENT

---

ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL, argued for appellant.

THEODORE J. ANGELIS, K&L Gates LLP, Seattle, WA, argued for appellee. Also represented by BENJAMIN HELLERSTEIN; ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA; AARON JAMES CAPRON, Palo Alto, CA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2016    /s/ Daniel E. O'Toole
Date             Daniel E. O'Toole
                 Clerk of Court